# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 22, 2024

### NO. 03-24-00567-CV

**Donna McNally, Individually, and as Trustee of the John A. Riley Trust, Appellant**

**v.**

**Peter Riley, as Temporary Guardian of
The Estate Pending Contest of John A. Riley, Appellee**

---

**APPEAL FROM PROBATE COURT NO. 1 OF TRAVIS COUNTY
BEFORE JUSTICES BAKER, SMITH, AND THEOFANIS
DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE BAKER**

---

This is an appeal from the order denying appellant's special appearance signed by the trial court on August 7, 2024. Appellant has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.